## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Al Rivela, <br><br>             Plaintiff, <br><br> v. <br><br> Just Energy Group Inc.; and DOES 1-10, inclusive, <br><br>             Defendants. | Civil Action No.: _____ <br><br> **COMPLAINT** |

For this Complaint, the Plaintiff, Al Rivela, by undersigned counsel, states as follows:

### **JURISDICTION**

1.  This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et. seq. (the "TCPA").

2.  Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

3.  Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendants transact business here, Plaintiff resides in this judicial district, and a substantial portion of the acts giving rise to this action occurred here

### **PARTIES**

4.  The Plaintiff, Al Rivela ("Plaintiff"), is an adult individual residing in Haverhill, Massachusetts, and is a "person" as defined by 47 U.S.C. § 153(39).

5.  Defendant Just Energy Group Inc. ("Energy"), is a Texas business entity with an address of 5251 Westheimer Road, Suite 1000, Houston, Texas 77056, and is a "person" as defined by 47 U.S.C. § 153(39).

6. Does 1-10 (the "Agents") are individual agents employed by Energy and whose identities are currently unknown to the Plaintiff. One or more of the Agents may be joined as parties once their identities are disclosed through discovery.

7. Energy at all times acted by and through one or more of the Agents.

## FACTS

8. Beginning during the month of July, 2013, Energy started contacting Plaintiff in an attempt to collect a debt allegedly owed by the Plaintiff.

9. At all times mentioned herein, Energy contacted Plaintiff by placing calls to Plaintiff's cellular phone, using an automated telephone dialer system with an artificial or prerecorded voice of 47 U.S.C. § 227(b)(1)(A)(iii), (hereafter "Robocalls").

10. When Plaintiff answered the Robocalls from Energy, he would hear a prerecorded message, and would then be connected to a live representative.

11. Out of frustration with the excessive amount of calls he was receiving, Plaintiff spoke to Energy's representative in August 2013 and asked Energy to cease calling his cellular phone.

12. Despite Plaintiff's request, Energy continued to harass him with Robocalls to his cellular phone at a rate of over sixty additional calls since his original request.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. § 227, et seq.

13. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

14. Defendants contacted Plaintiff using an automatic telephone dialing system and/or by using a prerecorded or artificial message on a cellular telephone of 47 U.S.C. § 227(b)(1)(A)(iii).

15. Plaintiff either never provided express consent to Defendants to call his cellular telephone number, or Plaintiff revoked his consent to be contacted by Defendants on his cellular telephone by his demand to cease calling his cellular telephone.

16. The calls from Defendants to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

17. Each of the aforementioned calls made by Defendants constitutes a negligent or intentional violation of the TCPA, including each of the aforementioned provisions of 47 U.S.C. § 227, et. seq.

18. As a result of each of Defendants' negligent violations of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages for each call in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

19. As a result of each of Defendants' knowing and/or willful violations of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 for each and every violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff prays that judgment be entered against Defendants:

1. Statutory damages pursuant to 47 U.S.C. § 227(b)(3)(B) & (C);

2. Punitive damages; and

3. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: February 24, 2014

    Respectfully submitted,

    By   /s/ Sergei Lemberg

    Sergei Lemberg (BBO# 650671)
    LEMBERG LAW, L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424
    Attorneys for Plaintiff