**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Al Rivela, | : |
| | : |
| | : Civil Action No.: 1:14-cv-10396-RBC |
| Plaintiff, | : |
| v. | : |
| | : |
| Just Energy Group Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |
| | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**<u>PURSUANT TO RULE 41(a)</u>**

Al Rivela ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 16, 2014

                Respectfully submitted,

                By: <u>/s/ Sergei Lemberg</u>

                Sergei Lemberg, Esq.
                BBO No.: 650671
                Lemberg Law, L.L.C.
                1100 Summer Street, 3rd Floor
                Stamford, CT 06905
                Telephone: (203) 653-2250
                Facsimile:  (203) 653-3424
                Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 16, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Sergei Lemberg

                                            Sergei Lemberg